## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

In the Matter of:
**NOEMI ZOE GARCIA MARTINEZ**

Case No. 13-01783 BKT

Chapter 13

Debtor(s)

## NOTICE OF 341 MEETING OF CREDITORS

You are hereby notified that the meeting of creditors in this case has been rescheduled for June 20, 2013 at 1:00 P.M..

This meeting will take place at Ochoa Building, Calle Tanca, esquina Calle Comercio, Viejo San Juan.

## CERTIFICATE OF SERVICE

I, JUAN O. CALDERÓN LITHGOW,   counsel for Debtors, hereby certify that I have filed this notice of 341 meeting of creditors with the Clerk of the Court, who will send notice to all appearing parties using the CM/ECF Court's System. All non-appearing parties have been notified using the regular US Postal Service as per the master address list attached and on the date shown below.

DATED: May 27, 2013

S/ Juan O. Calderón Lithgow
JUAN O. CALDERON LITHGOW
ATTORNEY FOR DEBTOR, 205607
APARTADO 1710
VEGA BAJA, PR 00694-1710
TEL.: 787-858-5476
email: caldlithlaw@gmail.com

NOEMI ZOE GARCIA MARTINEZ
PO BOX 1870
VEGA BAJA, PR 00694

LIBERTY CABLE VISION
PO BOX 140759
ARECIBO, PR 00614

JUAN O. CALDERON-LITHGOW
JUAN O. CALDERON-LITHGOW
P.O. BOX 1710
VEGA BAJA, P. 00694-1710

PREPA
P.O.BOX 363508
SAN JUAN, PR 00936

BANCO POPULAR DE PR
GPO BOX 3228
SAN JUAN, PR 00936

PREPA
P.O.BOX 363508
SAN JUAN, PR 00936

CENTENNIAL DE PR
PO BOX 71514
SAN JUAN, PR 00936

SCOTIABANK DE PUERTO RICO
GPO BOX 2649
SAN JUAN, PR 00936

COOP A/C CANDELARIA
PO BOX 3255
MANATI, PR 00674

SPRINT
PO BOX 105243
ATLANTA, GA 30348-5243

FIRST PREMIER BANK
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104

GATSBY
PO BOX 6359
CAGUAS, PR 00726

KOMODIDAD DISTRIBUTORS
PO BOX 6359
CAGUAS, PR 00626

LIBERTY CABLE VISION
PO BOX 140759
ARECIBO, PR 00614