IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> NOEMI ZOE GARCIA MARTINEZ <br><br><br><br><br><br> XXX-XX-7154 <br><br><br><br><br><br> Debtor(s) | CASE NO. 13-01783 BKT <br><br> Chapter 13 <br><br><br><br><br> **FILED & ENTERED ON 08/15/2013** |

ORDER

The motion filed by the debtor requesting extension of time to comply with the trustee's requirements (docket #20) is hereby granted. The debtor is granted until 8/30/2013 to comply.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15 day of August, 2013.

Brian K. Tester
U.S. Bankruptcy Judge

C: DEBTOR(S)
JUAN O CALDERON LITHGOW
ALEJANDRO OLIVERAS RIVERA