IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

NOEMI ZOE GARCIA MARTINEZ

DEBTOR(S)

CASE NO. 13-01783-BKT

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **April 25, 2013**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: $0.00

3. With respect to the attached payment plan:

AMENDED PLAN DATE: August 30, 2013      PLAN BASE: $13,500.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 9/4/2013

[ ] FAVORABLE      [X] UNFAVORABLE

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

**2. [X] INSUFFICIENTLY FUNDED § 1325(b):**

**Plan is insufficiently funded to pay Scotiabank's collateral. If debtor reached an agreement with creditor to adjust balance of claim, this must be informed and an amended claim should be filed.**

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [ ] OTHER:

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$400.00/$2,600.00

Atty: JUAN O CALDERON

/s/ Pedro R Medina
Pedro R Medina

USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - SR